PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Derron Randolph                                                          Cr.: 19-00943-001
PACTS #: 2067192

Name of Sentencing Judicial Officer:     THE HONORABLE LAURA TAYLOR SWAIN, SDNY
UNITED STATES DISTRICT JUDGE

Name of New Judicial Officer:     THE HONORABLE CLAIRE C. CECCHI, DNJ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/07/2016

Original Offense:     Count One: 21 U.S.C. Section 846; Conspiracy to Distribute and Possess with the Intent to Distribute Heroin

Original Sentence: 78 months imprisonment, 60 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Search/Seizure, Vocational/Educational Service

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09/06/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 3, 2020, the offender admitted to using marijuana on July 29, 2020. The offender signed an admission form. |

Prob 12A – page 2
Derron Randolph

U.S. Probation Officer Action:

The offender will be referred for a substance abuse assessment and will be required to follow the recommendation of the assessment.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By:   PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

*Luis R. Gonzalez*     8-21-20
LUIS R. GONZALEZ           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office).

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

August 24, 2020
Date