PROB 12B
(4/19)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision

**Name of Individual Under Supervision:** Derron Randolph     Cr.: 19-00943-001
PACTS #: 2067192

**Name of Sentencing Judicial Officer:**  THE HONORABLE LAURA TAYLOR SWAIN (SD/NY)
UNITED STATES DISTRICT JUDGE

**Reassigned to Judicial Officer:**  THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/07/2016

**Transfer of Jurisdiction to D/NJ:** 12/16/2019

**Original Offense:** Count One: Conspiracy To Distribute Heroin, 21 U.S.C., Section 846

**Original Sentence:** 78 months imprisonment, 5 years supervised release, $100 special assessment

**Special Conditions:** Drug/Alcohol Testing and/or Treatment, Search/Seizure, Vocational Services, DNA Collection

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 09/06/2019

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.

[x]  To dismiss without prejudice the violation of supervised release petition dated December 1, 2022.

### CAUSE

On April 20, 2023, at the New Jersey Superior Court (Passaic County), Randolph's case was dismissed.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: ANTHONY J. NISI
U.S. Probation Officer

/ ajn

APPROVED:

_____    April 26, 2023
SUZANNE GOLDA-MARTINEZ                    Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☐  No Action

☒  Other:  The dismissal, without prejudice, of the pending violation of supervised release (as recommended by the Probation Office)

_____
Signature of Judicial Officer

4/27/2023
_____
Date